Ronald E. Stadtmueller, Chapter 13 Trustee  
Check No. 694041  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-20291 | 999-0 | NITA KAY JONES<br>Original Check written to:<br>NITA KAY JONES<br>P O BOX 125<br>NAPLES, TX 75568 | | 0.00 | 5.15 | 0.00 | 5.15 |
| 04-20334 | 012-0 | LARRY DALE REDING<br>Original Check written to:<br>SFC-CENTRAL BANKRUPTCY<br>652 BUSH RIVER RD # 206<br>COLUMBIA, SC 29210 | xxxxxx6229 | 119.47 | 3.31 | 0.00 | 3.31 |
| 04-61832 | 008-0 | JAMES C PLUNKETT<br>Original Check written to:<br>VAN ZANDT CAD<br>% MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX 78680- | xxxxxxxxxxxxxxxxxxxxxR346 | 0.00 | 222.06 | 0.00 | 222.06 |
| 04-61849 | 015-0 | RICHARD L NELSON<br>Original Check written to:<br>SMITH COUNTY<br>TAX COLLECTOR<br>P O BOX 2011<br>TYLER, TX 75710-2011 | xxxxxxxxxxxxx9000 | 0.00 | 596.56 | 0.00 | 596.56 |
| 05-20525 | 011-0 | FREDDIE DOYLE WAITS<br>Original Check written to:<br>GREAT SENECA<br>C/O WOLPOFF & ABRAMSON<br>702 KING FARM BLVD<br>ROCKVILLE, MD 20850-5775 | xxxxx3410 | 4,297.37 | 195.46 | 0.00 | 195.46 |
| 05-20724 | 001-0 | JOYCE ANN HARLEY<br>Original Check written to:<br>CHEVRON<br>P O BOX 2001<br>CONCORD, CA 94529-0001 | xxxxxx0591 | 328.67 | 63.80 | 0.00 | 63.80 |
| 05-62997 | 006-0 | HARLAN ROBERT WHITE<br>Original Check written to:<br>CHEVRON<br>P O BOX 2001<br>CONCORD, CA 94529-0001 | xxxxxx3835 | 313.65 | 9.94 | 0.00 | 9.94 |